UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**
        **Plaintiff**

v.

**Case Number 3:12cr48-002**

**USM Number N/A**

**THOMAS GREGORY PUBLICATIONS INC**
        **Defendant**

**R STEVEN BOM**
**Defendant's Attorney**

### JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to count 2 of the Indictment on 6/18/2012.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 18:1343 WIRE FRAUD | 2011 | 2 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts 1 and 3 through 11 of the Indictment are dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

September 20, 2012
Date of Imposition of Judgment

s/ Jon E. DeGuilio
Signature of Judge

Jon E. DeGuilio, United States District Judge
Name and Title of Judge

September 27, 2012
Date

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $400.00 | NONE | $172,371.15 |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 102 Robert A. Grant Courthouse, 204 South Main Street, South Bend, IN 46601. The special assessment payment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

Restitution in the amount of $172,371.15 is hereby imposed.

The defendant shall make restitution payments (including community restitution, if applicable) payable to Clerk, U.S. District Court, 102 Robert A. Grant Courthouse, 204 South Main Street, South Bend, IN 46601, for the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| See 8-Page Attachment with List of 267 Victims | | $172,371.15 | |
| **Totals** | | $172,371.15 | |

If at any time this defendant's restitution payments combine with restitution made on these claims by any other person to amount to an aggregate sum of $172,371.15, this Defendant shall have no further obligation to make restitution under this order.

**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    Lump sum payment of $172,371.15 due immediately, balance due, in accordance with B, below;

B    Payment in equal monthly installments of not less than $ 200.00;

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

KOUTTOULAS/TGP (3:12-cr-48)
VICTIM LOSS INFO FOR RESTITUTION

|    | Victim Name | Paid to TK/TGP |
|----|-------------|----------------|
| 1  | ACS Title and Closing Services | $490.00 |
| 2  | AES, Inc. (Associated Engineers and Surveyors, Inc.) | $620.00 |
| 3  | Agri-Management Solutions, Inc. | $425.00 |
| 4  | Alabama Timber Industries, Inc. | $1,800.00 |
| 5  | All Seasons Home Center | $420.00 |
| 6  | American Title Agency, Inc. | $325.00 |
| 7  | Andalusia Farmers Cooperative, Inc. | $325.00 |
| 8  | Argonne Lumber & Supply, Inc. | $275.00 |
| 9  | Auberg Crop Ins Services | $225.00 |
| 10 | B & J Drilling Co. Inc. | $395.00 |
| 11 | Backwoods Buildings & Truss LLC (Travis French) | $300.00 |
| 12 | Baker Bonnigson Realty & Auctioneers, Inc. | $325.00 |
| 13 | Bank of Pine Hill | $325.00 |
| 14 | Barnick Agency, Inc. | $750.00 |
| 15 | Bauer Built, Inc. | $550.00 |
| 16 | Beith Associates | $292.50 |
| 17 | Bell Title/Bass Law Offices | $497.50 |
| 18 | Beulah E. Apperson (B Apperson Realty) | $200.00 |
| 19 | Bill's Tire & Service, Inc. | $450.00 |
| 20 | Block Insurance Agency, Inc. | $900.00 |
| 21 | Boe Brothers Tiling, Inc. | $890.00 |
| 22 | Bogart, Pederson & Associates, Inc. | $275.00 |
| 23 | Borkholder Excavating LLC | $425.00 |
| 24 | Bozeman & Bozeman | $500.00 |
| 25 | Burdine Auto Body Inc. | $475.00 |
| 26 | Bush Agencies, Inc. | $325.00 |
| 27 | Bushey Enterprises, Inc. | $390.00 |
| 28 | Butler County Land and Title Co., Inc. | $395.00 |
| 29 | Camden National Bank (Butler County Bank) | $590.00 |
| 30 | Caro Community Hospital | $495.00 |
| 31 | Cary Rosenbaum | $250.00 |
| 32 | Case Surveying | $495.00 |
| 33 | Castongia's, Inc. | $325.00 |
| 34 | Catch-Um Lake Bait Shop (Alex MacLeod) | $420.00 |
| 35 | Centennial Title Insurance Agency | $325.00 |
| 36 | Century 21 Northwoods Team, Inc. | $325.00 |

KOUTTOULAS/TGP (3:12-cr-48)
VICTIM LOSS INFO FOR RESTITUTION

|  | Victim Name | Paid to TK/TGP |
|---|---|---|
| 37 | Chesterville Sand & Gravel Co., Inc. | $635.00 |
| 38 | Choctaw Co. Soil & Water Conservation District | $3,000.00 |
| 39 | Choctaw Survey Consultants LLC | $325.00 |
| 40 | City of Ozark | $325.00 |
| 41 | Clearspring Engine Service | $95.00 |
| 42 | Cleveland & Riddle, LLC (Chip Cleveland) | $1,200.00 |
| 43 | Col. O.C. Johnson, Auctioneer (Orville Johnson) | $162.50 |
| 44 | Coldwell Banker S.R.E. Realtors (Michelle Amos) | $380.00 |
| 45 | Coldwell Banker Putnam Real Estate Center (Wanda Elkins) | $325.00 |
| 46 | Community Title Agency, Inc. | $390.00 |
| 47 | Conneautville Farmers Exchange | $325.00 |
| 48 | Connor Builders Supply & True Value | $200.00 |
| 49 | Consumers National Bank | $970.00 |
| 50 | Cooperative Elevator Co. | $2,500.00 |
| 51 | Cornerstone Molding | $340.00 |
| 52 | Corning Seed & Supply, Inc. | $500.00 |
| 53 | Country Furniture Restoration, Inc. | $255.00 |
| 54 | Countryside Farms (Steve Schmitz) | $325.00 |
| 55 | Countryside Furnishings (John Kuhns) | $460.00 |
| 56 | County Line Engine | $195.00 |
| 57 | Crop Production Services - Onarga, IL |  |
| 58 | Crop Production Services - Paxton, IL | $325.00 |
| 59 | Crop Tech, Inc. | $325.00 |
| 60 | Cullman County Soil & Water Conservation District | $3,000.00 |
| 61 | Dalton Law Firm, LLC | $460.00 |
| 62 | Dave Anderson Realty/Yontz-Anderson Ins Agency | $250.00 |
| 63 | David Gingell Insurance LLC (Thumb Ins Group Inc.) | $295.00 |
| 64 | Dealey Accounting Firm | $465.00 |
| 65 | Deml Heating & Air Conditioning, LLC | $200.00 |
| 66 | Dye Lumber | $290.00 |
| 67 | E. Mark Ezell, P.C. | $325.00 |
| 68 | Eastern Michigan Bank | $650.00 |
| 69 | Ed Johnson & Son Firestone Car Care Center | $150.00 |
| 70 | Elmer Kauffman (Kauffman's Machinery) | $100.00 |
| 71 | Everlast Roofing Inc. (Gary Gerhart) | $400.00 |
| 72 | Exxel Engineering, Inc. | $465.00 |

KOUTTOULAS/TGP (3:12-cr-48)
VICTIM LOSS INFO FOR RESTITUTION

|  | Victim Name | Paid to TK/TGP |
|---|---|---|
| 73 | Fairfield County Farm Bureau, Inc. | $390.00 |
| 74 | First South Farm Credit | $1,050.00 |
| 75 | Flax Law Firm/Midland Title West | $490.00 |
| 76 | Fleming Engineering (John Fleming) | $275.00 |
| 77 | Florida Land Title & Trust Co., Inc. | $250.00 |
| 78 | Forestall Company, Inc. | $500.00 |
| 79 | Fred Hageny dba as Storage City and Bedrock Sand & Gravel | $500.00 |
| 80 | Fulton Forest Products | $390.00 |
| 81 | G & G Hauling & Excavating, Inc. | $295.00 |
| 82 | Garry Cramer/Cramer Insurance Agency | $4,060.00 |
| 83 | Garverick Surveying, Inc. | $385.00 |
| 84 | Geiger Trenchless Solutions, LLC | $325.00 |
| 85 | Geoline Surveying, Inc. | $275.00 |
| 86 | German Mutual Insurance Company of Delphos | $1,400.00 |
| 87 | Graves Cosby Insurance Agy Inc. | $225.00 |
| 88 | Greater Minnesota Credit Union | $450.00 |
| 89 | GreenStone Farm Credit Services | $3,394.00 |
| 90 | Gries Seed Farms, Inc. | $650.00 |
| 91 | Griffin Wood Co., Inc. | $390.00 |
| 92 | Gross Lumber, Inc. | $1,650.00 |
| 93 | Gudeman Farms, Inc. | $2,525.00 |
| 94 | Gulisek Construction LLC | $460.00 |
| 95 | H.E. Browder Veneer Co. | $5,000.00 |
| 96 | Haley Brothers Excavating, Inc. | $415.00 |
| 97 | Harley Drilling and Producing, Ltd | $2,000.00 |
| 98 | Harper Brothers Farms | $536.00 |
| 99 | Hasser Insurance Agency | $500.00 |
| 100 | Hayneville Fiber Transport, Inc. dba Camellia Communications | $245.00 |
| 101 | Hayneville Telephone Co. Inc. | $525.00 |
| 102 | Heit Realty, Inc. | $100.00 |
| 103 | Hendrix Town & Country, Inc. | $355.00 |
| 104 | Hershberger Country Store | $1,062.50 |
| 105 | Highland County Water Company, Inc. | $490.00 |
| 106 | Hilltop Machine Shop, LLC (David Yoder) | $195.00 |
| 107 | Hitchings Insurance Agency, Inc. | $295.00 |
| 108 | Hoffman Ag Service, Ltd | $390.00 |

KOUTTOULAS/TGP (3:12-cr-48)
VICTIM LOSS INFO FOR RESTITUTION

|  | Victim Name | Paid to TK/TGP |
|---|---|---|
| 109 | Holmes Limstone Co. | $450.00 |
| 110 | Hubbard County Abstract Co., Inc. | $325.00 |
| 111 | Irwin Real Estate | $325.00 |
| 112 | J & M Dairy Equipment | $325.00 |
| 113 | J. McLeod Realty, Inc. | $390.00 |
| 114 | J.W. Lassiter Lumber Co., Inc. | $295.00 |
| 115 | Jasperson Realty | $700.00 |
| 116 | Jerome Filbrandt Plumbing & Heating, Inc. | $160.00 |
| 117 | Jim Ambrosius Custom Trucking Corp. | $150.00 |
| 118 | JM Auction Service LLC | $375.00 |
| 119 | Joe Ann Steele Insurance Center | $250.00 |
| 120 | John Collier Logging, Inc. | $550.00 |
| 121 | Jos Sanders Inc. (Sanders Meats) | $244.95 |
| 122 | K.E. McCartney & Associates, Inc. | $650.00 |
| 123 | Kaiser's Crop Service, Inc. | $325.00 |
| 124 | Kankakee Valley REMC | $775.00 |
| 125 | Kari Ball Insurance Agency, LLC | $490.00 |
| 126 | Kelley Engineering LLC | $530.00 |
| 127 | Kemner-Iott Agency, Inc. | $450.00 |
| 128 | Kemp Tiling Company, Inc. | $390.00 |
| 129 | Kennedy Land & Timber, Inc. | $1,560.00 |
| 130 | King Timber, LLC | $900.00 |
| 131 | Kramer & Kramer, Inc. | $1,060.00 |
| 132 | L.R. Nisley & Sons | $960.00 |
| 133 | Lambert Forest Products, LLC | $820.00 |
| 134 | Landmark Services Cooperative fka Cooperative Plus, Inc. | $920.00 |
| 135 | LaPorte Insurance Agency | $250.00 |
| 136 | Laura's County Store LLC | $340.00 |
| 137 | Lerch's Barnlot Ltd | $850.00 |
| 138 | Lewis Land Professionals, Inc. | $2,280.00 |
| 139 | Lightfoot & Nichols | $395.00 |
| 140 | Lipinski Logging & Lumber, Inc. | $3,000.00 |
| 141 | Loehmer Ag Products (Christopher Loehmer) | $450.00 |
| 142 | London Animal Hospital | $390.00 |
| 143 | Lonz Law Firm LLC | $295.00 |
| 144 | Lugibihl Spray Service | $100.00 |

KOUTTOULAS/TGP (3:12-cr-48)
VICTIM LOSS INFO FOR RESTITUTION

|     | Victim Name | Paid to TK/TGP |
| --- | --- | --- |
| 145 | M & M Sheet Metal | $215.00 |
| 146 | Martin's Farm Tiling, Inc. | $325.00 |
| 147 | McBride Land & Development Co. | $985.00 |
| 148 | McClymonds Supply & Transit Co, Inc. | $325.00 |
| 149 | McMahon Associates | $975.00 |
| 150 | Metcalf & Metcalf Real Estate Inc. | $172.50 |
| 151 | Michael Leonardelli | $1,000.00 |
| 152 | Michigan Valley Irrigation | $3,000.00 |
| 153 | Midwest Forestry, Inc. | $975.00 |
| 154 | Miller Custom Metals, Inc. | $275.00 |
| 155 | Miller Gun Supply LTD | $589.00 |
| 156 | Miller Stove & Fireplace | $395.00 |
| 157 | Monon Telephone Company, Inc. | $825.00 |
| 158 | Morgan Soil & Water Conservation District | $230.00 |
| 159 | Mote Farm Service, Inc. | $290.00 |
| 160 | Moyer Grain Co., Inc. | $375.00 |
| 161 | Munson Farm Supply (Dave Munson) | $325.00 |
| 162 | Myszka Lumber Mill, Inc. | $225.00 |
| 163 | Naheola Credit Union | $590.00 |
| 164 | Oberlin Real Estate and Auctioneers, Inc. | $785.00 |
| 165 | O'Donnell Funeral Home, Inc. | $325.00 |
| 166 | Ohio Stave Company | $325.00 |
| 167 | Osentoski Farm Equipment, Inc. | $175.00 |
| 168 | Otto's Coal Yard & Stoves | $175.00 |
| 169 | Panhandle Forstry Services, Inc. | $590.00 |
| 170 | Parker & Sons Equipment, Inc. | $212.50 |
| 171 | Peacock Hotels LLC dba Red Roof Inn | $750.00 |
| 172 | Peacock Timber Co, Inc. | $337.50 |
| 173 | Peoples Bank of Alabama | $895.00 |
| 174 | Pepin County Abstract & Title, LLC kna Western Wisconsin Title Services, LLC | $1,495.00 |
| 175 | Pine Ridge Repair (Marvin Beechy) | $900.00 |
| 176 | Pine River Lumber Co., Inc. | $500.00 |
| 177 | Producers Service Corporation | $325.00 |
| 178 | Pulaski County Abstract Company, Inc. | $700.00 |
| 179 | Ray H. Miller Logging & Lumber LLC dba McKay Hardwoods | $437.50 |

|  | Victim Name | Paid to TK/TGP |
|---|---|---|
| 180 | Rensselaer Swine Services, P.C. | $420.00 |
| 181 | Rieth-Riley Construction Co., Inc. | $325.00 |
| 182 | Rife Heavy Duty Truck Parts, Inc. | $370.00 |
| 183 | Riker Farm Deeds | $325.00 |
| 184 | R.L. Quinter Well Drilling | $330.00 |
| 185 | R.M. Barrineau and Associates, Inc. | $390.00 |
| 186 | Robin Roberts | $500.00 |
| 187 | Roger Lang | $375.00 |
| 188 | Rolfe Insurance Agency | $750.00 |
| 189 | Ross County Farm Bureau, Inc. | $390.00 |
| 190 | Royal Inn (Sairam Hotels LLC) | $450.00 |
| 191 | RSC, Inc. dba Remerica Somerset Realty | $295.00 |
| 192 | Runkel Abstract & Title Co. | $500.00 |
| 193 | Russell Oil Company | $200.00 |
| 194 | S & M Bike Shop (Sam L. Hershberger) | $325.00 |
| 195 | S & T Supply, Inc. | $325.00 |
| 196 | Scenic Realty Co. | $325.00 |
| 197 | Salem Hardwood, Inc. | $710.00 |
| 198 | Schauls Gas Inc. | $250.00 |
| 199 | Schmucker Sales (Clarence Schmucker) | $285.00 |
| 200 | Schrock Silo Repair (Wilbur Schrock) | $490.00 |
| 201 | Schueller Company, Inc. | $225.00 |
| 202 | Schulz Realty, Inc. | $162.50 |
| 203 | Secher Site Specific LLC (Rodney Schmidt) | $275.00 |
| 204 | Shaw Real Estate & Auction, Inc. | $225.00 |
| 205 | Snelgrove Surveying & Mapping, Inc. | $540.00 |
| 206 | Solid Rock Farms (Precision Planting) | $750.00 |
| 207 | South Milford Grain Company, Inc. | $350.00 |
| 208 | Southeastern Surveying and Mapping Corp. | $1,350.00 |
| 209 | Southern Forestry Consultants, Inc. | $1,670.00 |
| 210 | Southwest Survey & Eng. Co., Inc. | $290.00 |
| 211 | Stark Soil & Water Conservation District | $1,000.00 |
| 212 | Stiverson & Associates, Inc. | $225.00 |
| 213 | Strait Realty (Ms. Sam Murphy) | $595.00 |
| 214 | Strategic Farm Marketing | $475.00 |
| 215 | Stryker Farmers Exchange Co. | $200.00 |

KOUTTOULAS/TGP (3:12-cr-48)
VICTIM LOSS INFO FOR RESTITUTION

|     | Victim Name | Paid to TK/TGP |
| --- | --- | --- |
| 216 | Synergy Seeds, Inc. | $340.00 |
| 217 | T.R. Shearer Agriculture | $309.50 |
| 218 | T & T Fertilizer | $400.00 |
| 219 | The Amford Agency LLC (Chad Bradford) | $500.00 |
| 220 | The Apple Creek Banking Co. | $480.00 |
| 221 | The Bank of Bonifay/First Federal Bank of Florida | $570.00 |
| 222 | The Canvas Shop LLC | $260.00 |
| 223 | The Pond Builders | $590.00 |
| 224 | The Savings Bank | $460.00 |
| 225 | Thompson Durkee Insurance | $450.00 |
| 226 | Tim Geiger Agency, Inc. | $1,905.00 |
| 227 | Time Limited Forestry, Inc. | $390.00 |
| 228 | Total Seed Production | $650.00 |
| 229 | Tri County Bank | $650.00 |
| 230 | Tri County Gas Service, Inc. | $800.00 |
| 231 | Tri County Insurance Services LLC | $585.00 |
| 232 | Triple "A" Wood Co., Inc. | $1,250.00 |
| 233 | Triple J-Mar Petroleum, Inc. | $800.00 |
| 234 | Tri-State Timber Co., Inc. | $325.00 |
| 235 | Troyer Engine Ltd. (Robert Troyer) | $250.00 |
| 236 | Troyer Machine LLC | $750.00 |
| 237 | Trump Realty, LLC | $300.00 |
| 238 | Tuholski Farms Inc. | $650.00 |
| 239 | Two Inlets Mill Building Supply | $325.00 |
| 240 | Union County Title, Ltd. | $115.00 |
| 241 | United Producers, Inc. | $490.00 |
| 242 | Up North Real Estate | $600.00 |
| 243 | Value Properties | $225.00 |
| 244 | Vermilion Valley Bank | $325.00 |
| 245 | W.W. Sellers & Associates, Inc. | $975.00 |
| 246 | Walcott Elevator | $325.00 |
| 247 | Walters & Peck Insurance Agency, Inc. | $340.00 |
| 248 | Walton County Extension Service (U of F) | $200.00 |
| 249 | Ward & Emler Surveying, Inc. | $455.00 |
| 250 | Wayne Mutual Insurance Company | $480.00 |
| 251 | Weiss Realty, LLC | $325.00 |

KOUTTOULAS/TGP (3:12-cr-48)
VICTIM LOSS INFO FOR RESTITUTION

|     | Victim Name | Paid to TK/TGP |
|-----|-------------|----------------|
| 252 | Weldy Enterprises (Hahn Enterprises, Inc.) | $500.00 |
| 253 | Werner Farm (Otto Werner) | $500.00 |
| 254 | Werner Insurance Agency | $325.00 |
| 255 | Whitfield Timber Co., Inc. | $770.00 |
| 256 | Wilco Timber Co., Inc. | $4,000.00 |
| 257 | Wildlife Woodlands Real Estate | $2,100.00 |
| 258 | Williamson Insurance Agency LLC | $1,000.00 |
| 259 | Wilmon Timberlands, LLC | $225.00 |
| 260 | Wilson Hardwoods, Inc. | $6,000.00 |
| 261 | Wilson National, LLC (Real Estate & Auction Group) | $3,245.00 |
| 262 | Wolph Title, Inc. (Alicia Roshong) | $590.00 |
| 263 | Woodland Outdoor & Supply Inc. | $425.00 |
| 264 | Wray's Septic Tank & Development Co. | $325.00 |
| 265 | Yoder & Sons Repair Shop | $1,255.00 |
| 266 | Yoder Plumbing & Supply | $325.00 |
| 267 | Young Crop Insurance Agency, LLC | $1,705.20 |
|     |             |                |
|     | **Out of pocket losses documented by victims** | $172,371.15 |